VERONICA ARECHEDERRA HALL, Bar No. 5855
Veronica.hall@jacksonlewis.com
Paul Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| YULANDA HODGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, a Delaware Foreign Corporation, d/b/a LUXOR HOTEL CASINO; and DOES and ROES 1-100; inclusive.<br><br>Defendant. | Case No. 2:11-cv-01035-GMN-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff YULANDA HODGE and RAMPARTS, INC. dba LUXOR HOTEL CASINO ("Defendant"), improperly named MGM RESORTS INTERNATIONAL, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

-1-

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: October 28th, 2011

_____
Veronica Arechederra Hall
Paul Trimmer, Esq.
3960 Howard Hughes Parkway, Ste. 450
Las Vegas, NV 89169

Attorneys for Defendant

Dated: October 26th, 2011

_____
Rebekah L. Baumgardner
601 S. 10th St., Suite 107
Las Vegas, NV 89101

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED** this 1st day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

4833-9325-7740, v. 1